# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PHILLIP STEWART**                                                                **PLAINTIFF**
**ADC #151956**

**V.**                          **CASE NO: 3:20-CV-00195 JM**

**A. WILBUR**                                                                    **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 23rd day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE